UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TILRAY BRANDS INC., a Delaware corporation,<br><br>                   Petitioner,<br><br>    v.<br><br>KATHRYN P. DICKSON,<br><br>                   Respondent. | CASE NO. 2:23-cv-700<br><br>ORDER ON MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF |

      This matter comes before the Court on Petitioner Tilray Brands Inc.'s motion for leave to file an over-length brief. Dkt. No. 7. Petitioner requested a word limit of 12,000 for its motion to vacate, modify, or correct the arbitration award ("motion to vacate"). Dkt. No. 7-1 at 1. On June 12, 2023, Petitioner filed its motion to vacate before the Court ruled on the motion requesting to exceed the word limit. Dkt. No. 9. Petitioner noted its motion to vacate for July 21, 2023, and it served Respondent Kathryn P. Dickson with a summons and a copy of the motion to vacate on June 13, 2023. Dkt. No. 14.

      LCR 7 governs the form and scheduling of motions. Where a motion does not fall within a category specifically listed in LCR 7, the motion is "noted for consideration on a date no earlier than the third Friday after filing and service of the motion." LCR 7(d)(3). Motions noted under

LCR 7(d)(3) are capped at 4,200 words. LCR 7(e)(4). Because Petitioner's motion to vacate is not listed in LCR 7, it must be treated as three-Friday motion.

But Petitioner's motion to vacate clocked in at 8,377 words, or 4,000 words over the limit set by LCR 7 for third-Friday motions. *See id.* Thus, the Court construes Petitioner's motion for over-length as requesting an enlarged 8,400-word limit. Because Petitioner noted its motion to vacate for more than three Fridays from the date of filing and from the date it served a copy on Respondent, the Court does not alter the July 21, 2023, noting date. *See* LCR 7(d)(3).

Accordingly, the Court GRANTS Petitioner's request *nunc pro tunc* and enlarges the word limit for its motion to vacate to 8,400 words. Respondent must file a response not exceeding 8,400 words by July 17, 2023. *See* LCR 7(d)(3), 7(f)(4). Petitioner's reply brief is due no later than July 21, 2023, and it must not exceed 4,200 words in length.

Dated this 21st day of June, 2023.

Jamal N. Whitehead
United States District Judge