The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

TILRAY BRANDS, INC., a Delaware corporation,

       Petitioner,

  vs.

KATHRYN P. DICKSON, an individual,

       Respondent.

Case No. 2:23-cv-00700-JNW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Petitioner Tilray Brands, Inc, by its attorneys, and Respondent Kathryn P. Dickson, by her attorneys, (collectively, the "Parties") hereby stipulate that this Action shall be dismissed with prejudice, and without attorney's fees or costs to either party.

Respectfully submitted this 29th day of October, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7052
    Facsimile: (206) 693-7058
    Email: russell.buhite@ogletree.com

AND

///

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
Case No. 2:23-cv-00700-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1

By: /s/ Bruce J. Douglas
    Bruce J. Douglas, MN Bar #23966
    (admitted *Pro Hac Vice*)
    Capella Tower
    225 South Sixth Street, Suite 1800
    Minneapolis, MN  55402
    Telephone:  (612) 336-6858
    Facsimile:  (612) 339-0061
    Email:  bruce.douglas@ogletree.com

2

3

4

5

6

*Attorneys for Petitioner Tilray Brands, Inc.*

7

8

9

**CORR CRONIN LLP**

10

By: /s/ Steven W. Fogg
    Steven W. Fogg, WSBA No. 23528
    1015 Second Avenue, Floor 10
    Seattle, WA 98104-1001
    Ph: (206) 625-8600
    Fax: (206) 625-0900
    sfogg@corrcronin.com

11

12

13

14

15

**MADEL PA**

16

17

By: /s/ Christopher W. Madel
    Christopher W. Madel (admitted *pro hac vice*)
    Todd L. Hennen (admitted *pro hac vice*)
    800 Hennepin Avenue, Suite 800
    Minneapolis, MN  55403
    Ph: (612) 605–0630
    Fax: (612) 326–9990
    cmadel@madellaw.com
    thennen@madellaw.com

18

19

20

21

22

23

*Attorneys for Respondent Kathryn P. Dickson*

24

25

26

STIPULATION OF DISMISSAL WITH
PREJUDICE - 2
Case No. 2:23-cv-00700-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2024, I served the foregoing upon the following parties, via the method(s) below:

Steven W. Fogg
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
sfogg@corrcronin.com

Christopher W. Madel
Todd L. Hennen
MADEL PA
800 Hennepin Avenue, Suite 800
Minneapolis, MN 55403
cmadel@madellaw.com
thennen@madellaw.com

*Attorneys for Respondent Kathryn P. Dickson*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 29th day of October, 2024 at Minneapolis, Minnesota.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Peggy L. Pesch*
Peggy L. Pesch, Practice Assistant
peggy.pesch@ogletree.com

62041812.v1-OGLETREE

STIPULATION OF DISMISSAL WITH
PREJUDICE - 3
Case No. 2:23-cv-00700-JNW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1

2

The Honorable Jamal N. Whitehead

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

8

9
TILRAY BRANDS, INC., a Delaware corporation,

Case No. 2:23-cv-00700-JNW

10

Petitioner,

11
vs.

**ORDER FOR DISMISSAL WITH PREJUDICE**

12
Kathryn P. Dickson, an individual,

13

Respondent.

14

15
    Based on the parties' Stipulation of Dismissal with Prejudice (Doc. 45), IT IS HEREBY

16
ORDERED that Petitioner's Petition (Doc. 1) and this action are DISMISSED WITH

17
PREJUDICE and without costs (including but not limited to any statutory costs, attorneys' fees,

18
and/or disbursements) to either party.

19
    LET JUDGMENT BE ENTERED ACCORDINGLY.

20
    DATED this 30th day of October, 2024.

21

22

23
///

Jamal N. Whitehead
United States District Judge

24
///

25
///

26

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
Russell S. Buhite, WSBA #41257
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Facsimile:  (206) 693-7058
Email:        russell.buhite@ogletree.com


OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Bruce J. Douglas*
Bruce J. Douglas, MN Bar #23966
(Appearing *Pro Hac Vice*)
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  (612) 336-6858
Facsimile:  (612) 339-0061
Email:  bruce.douglas@ogletree.com

*Attorneys for Petitioner Tilray Brands, Inc.*